## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## ORDER OF THE EXECUTIVE COMMITTEE

IT APPEARING THAT case number 24-cv-04806 was electronically opened in error, therefore

IT IS HEREBY ORDERED that the assignment of 24-cv-04806 shall be vacated and that case number 24-cv-04806 shall not be used for any other proceeding.

ENTER:

FOR THE EXECUTIVE COMMITTEE

Chief Judge Rebecca R. Pallmeyer

Dated at Chicago, Illinois this 18th day of June 2024.